Kristina N. Holmstrom, SBN 10086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
kristina.holmstrom@ogletree.com

*Attorneys for Defendants Unum Life Insurance Company of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL GEORGE, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, A FOREIGN CORPROATION; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>Defendants. | No. 2:23-cv-00945-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Defendant, Unum Life Insurance Company of America, and Plaintiff, April George, hereby stipulate and jointly request that the Court extend, to September 15, 2023, the deadline for Defendant to answer or otherwise plead in response to Plaintiff's Complaint (Doc. 1) in this matter. This extension is necessary to enable counsel for Defendant to accumulate the information required to respond to the Complaint, and is not for the purpose of delay or any other improper purpose.

/ / / /

/ / / /

/ / / /

/ / / /

A proposed form of Order is submitted herewith for the Court's approval

RESPECTFULLY SUBMITTED this 8th day of September 2023.

| BOWEN LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By:s/Jeffrey Chronister (with permission)<br>Jeffrey W. Chronister, Esq.<br>BOWEN LAW OFFICES<br>9960 W. Cheyenne Ave., Ste 260<br>Las Vegas, NV 89129<br>*Attorneys for Plaintiff* | By:  s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>*Attorneys for Defendants Unum Life Insurance Company of America* |

**ORDER**

IT IS SO ORDERED.

_____
US MAGISTRATE JUDGE

__9/12/2023_____
DATE

2