1  Kristina N. Holmstrom, SBN 10086
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
3  Esplanade Center III, Suite 800
   2415 East Camelback Road
4  Phoenix, AZ  85016
5  Telephone:  602-778-3700
   Fax:  602-778-3750
6  kristina.holmstrom@ogletree.com

7  *Attorneys for Defendants Unum Life Insurance*
8  *Company of America*

9  Jerome R. Bowen, SBN 4540
   Jeffrey W. Chronister, SBN 15194
10 BOWEN LAW OFFICES
11 9960 W. Cheyenne Ave., Ste 260
   Las Vegas, NV  89129
12 Telephone: 702-240-5191
   Fax: 702-240-5797
13 twilcox@lvlawfirm.com

14
15 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL GEORGE,<br><br>            Plaintiff<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant | Case No.  2:23-cv-00945-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between defendant Unum Life Insurance Company of America and plaintiff April George, by and through their respective counsel,

that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 6th day of December, 2023.

| BOWEN LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By:  s/Jerome M. Bowen (w/permission)<br>    Jerome M. Bowen<br>    Jeffrey W. Chronister<br>    BOWEN LAW OFFICES<br>    9960 W. Cheyenne Ave., Ste 260<br>    Las Vegas, NV  89129<br>    *Attorneys for Plaintiff* | By:  s/ Kristina N. Holmstrom<br>    Kristina N. Holmstrom<br>    Esplanade Center III, Suite 800<br>    2415 East Camelback Road<br>    Phoenix, AZ  85016<br>    *Attorneys for Defendants Unum Life Insurance Company of America* |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

IT IS SO ORDERED.

_____
United States District Judge

DATE   December 8, 2023

59524661.v1-OGLETREE